# Exhibit 2

| US7616600 | Ulefone Armor 23 Ultra ("The accused product") |
|---|---|
| 17. A method of selecting at least one sector within an antenna array of a network node in a mesh network, the method comprising: | The accused product discloses a method of selecting at least one sector (e.g., individual antenna segment) within an antenna array (e.g., antenna array from either 5G or 802.11ax/Wi-Fi 6 communications) of a network node (e.g., the accused product) in a mesh network (e.g., the network of the accused product).<br><br>As shown below, the accused product supports both 5G and 802.11ax/Wi-Fi 6 communications. The accused product performs antenna array selection. After processing data pertaining to either 5G or 802.11ax/Wi-Fi 6, the main processor of the accused product selects the appropriate protocol and its corresponding antenna to transmit the data.<br><br><br>https://www.ulefone.com/products/armor-23-ultra |



https://www.ulefone.com/apps/pagefly/preview?id=836697a8-e7ea-41b5-8ba7-1a4a31b240e0

5G based antenna array:



**Figure 5.1.1-1: Physical-layer model for UL-SCH transmission**

https://www.3gpp.org/ftp//Specs/archive/38_series/38.202/38202-f00.zip

# 5        Model of physical layer of the UE

The 5G-NR physical-layer model captures those characteristics of the 5G-NR physical-layer that are relevant from the point-of-view of higher layers. More specifically, the physical-layer model captures:

- The structure of higher-layer data being passed down to or up from the physical layer;

- The means by which higher layers can configure the physical layer;

- The different indications (error indications, channel-quality indications, etc.) that are provided by the physical layer to higher layers.

## 5.1.1     Uplink shared channel

The physical-layer model for Uplink Shared Channel transmission is described based on the corresponding PUSCH physical-layer-processing chain, see Figure 5.1.1-1. Processing steps that are relevant for the physical-layer model, e.g. in the sense that they are configurable by higher layers, are highlighted in blue.

- Higher-layer data passed to/from the physical layer

- CRC and transport-block-error indication

- FEC and rate matching

- Data modulation

- Mapping to physical resource

- Multi-antenna processing

- Support of L1 control and Hybrid-ARQ-related signalling

https://www.3gpp.org/ftp//Specs/archive/38_series/38.202/38202-f00.zip

802.11ax based antenna array:



**Figure 27-32—Generation of HE-LTF symbols per frequency segment in an HE SU PPDU, HE MU PPDU, and HE ER SU PPDU**

https://standards.ieee.org/ieee/802.11ax/7180/



**Figure 27-14—Transmitter block diagram for L-SIG, RL-SIG, and HE-SIG-A fields for an HE SU PPDU and HE ER SU PPDU if Beam Change subfield is 0**

https://standards.ieee.org/ieee/802.11ax/7180/

As shown below, each antenna array has a plurality of antenna sectors (e.g., antenna segments).



**Figure 5.1.1-1: Physical-layer model for UL-SCH transmission**

https://www.3gpp.org/ftp//Specs/archive/38_series/38.202/38202-f00.zip



**Figure 27-32—Generation of HE-LTF symbols per frequency segment in an HE SU PPDU, HE MU PPDU, and HE ER SU PPDU**

https://standards.ieee.org/ieee/802.11ax/7180/

| selecting an antenna array from a plurality of antenna arrays; | The accused product discloses selecting an antenna array (e.g., antenna array from either 5G or 802.11ax/Wi-Fi 6 communications) from a plurality of antenna arrays (e.g., antenna arrays for 5G and 802.11ax/Wi-Fi 6 communications).<br><br>As shown below, the accused product supports both 5G and 802.11ax/Wi-Fi 6 communications. The accused product performs antenna array selection. After processing data pertaining to either 5G or 802.11ax/Wi-Fi 6, the main processor of the accused product selects the appropriate protocol and its corresponding antenna to transmit the data.<br><br>5G based antenna array: |



**Figure 5.1.1-1: Physical-layer model for UL-SCH transmission**

https://www.3gpp.org/ftp//Specs/archive/38_series/38.202/38202-f00.zip

# 5        Model of physical layer of the UE

The 5G-NR physical-layer model captures those characteristics of the 5G-NR physical-layer that are relevant from the point-of-view of higher layers. More specifically, the physical-layer model captures:

- The structure of higher-layer data being passed down to or up from the physical layer;

- The means by which higher layers can configure the physical layer;

- The different indications (error indications, channel-quality indications, etc.) that are provided by the physical layer to higher layers.

## 5.1.1      Uplink shared channel

The physical-layer model for Uplink Shared Channel transmission is described based on the corresponding PUSCH physical-layer-processing chain, see Figure 5.1.1-1. Processing steps that are relevant for the physical-layer model, e.g. in the sense that they are configurable by higher layers, are highlighted in blue.

- Higher-layer data passed to/from the physical layer

- CRC and transport-block-error indication

- FEC and rate matching

- Data modulation

- Mapping to physical resource

- Multi-antenna processing

- Support of L1 control and Hybrid-ARQ-related signalling

https://www.3gpp.org/ftp//Specs/archive/38_series/38.202/38202-f00.zip

802.11ax based antenna array:



**Figure 27-32—Generation of HE-LTF symbols per frequency segment in an HE SU PPDU, HE MU PPDU, and HE ER SU PPDU**

https://standards.ieee.org/ieee/802.11ax/7180/



**Figure 27-14—Transmitter block diagram for L-SIG, RL-SIG, and HE-SIG-A fields for an HE SU PPDU and HE ER SU PPDU if Beam Change subfield is 0**

https://standards.ieee.org/ieee/802.11ax/7180/

| selecting, from a plurality of sectors within the selected antenna array, at least one sector corresponding to a location of a given network node of the mesh network, wherein the location is known by the network node; | The accused product discloses selecting, from a plurality of sectors (e.g., antenna segments) within the selected antenna array (e.g., antenna array from either 5G or 802.11ax/Wi-Fi 6 communications), at least one sector (e.g., individual antenna segment) corresponding to a location of a given network node (e.g., the accused product) of the mesh network (e.g., the network of the accused product), wherein the location is known by the network node (e.g., the accused product).<br><br>5G based antenna array: |



**Figure 5.1.1-1: Physical-layer model for UL-SCH transmission**

https://www.3gpp.org/ftp//Specs/archive/38_series/38.202/38202-f00.zip

# 5        Model of physical layer of the UE

The 5G-NR physical-layer model captures those characteristics of the 5G-NR physical-layer that are relevant from the point-of-view of higher layers. More specifically, the physical-layer model captures:

- The structure of higher-layer data being passed down to or up from the physical layer;

- The means by which higher layers can configure the physical layer;

- The different indications (error indications, channel-quality indications, etc.) that are provided by the physical layer to higher layers.

## 5.1.1        Uplink shared channel

The physical-layer model for Uplink Shared Channel transmission is described based on the corresponding PUSCH physical-layer-processing chain, see Figure 5.1.1-1. Processing steps that are relevant for the physical-layer model, e.g. in the sense that they are configurable by higher layers, are highlighted in blue.

- Higher-layer data passed to/from the physical layer

- CRC and transport-block-error indication

- FEC and rate matching

- Data modulation

- Mapping to physical resource

- Multi-antenna processing

- Support of L1 control and Hybrid-ARQ-related signalling

https://www.3gpp.org/ftp//Specs/archive/38_series/38.202/38202-f00.zip

802.11ax based antenna array:



**Figure 27-32—Generation of HE-LTF symbols per frequency segment in an HE SU PPDU, HE MU PPDU, and HE ER SU PPDU**

https://standards.ieee.org/ieee/802.11ax/7180/



**Figure 27-14—Transmitter block diagram for L-SIG, RL-SIG, and HE-SIG-A fields for an HE SU PPDU and HE ER SU PPDU if Beam Change subfield is 0**

https://standards.ieee.org/ieee/802.11ax/7180/

As shown below, each antenna array has a plurality of antenna sectors (e.g., antenna segments).



**Figure 5.1.1-1: Physical-layer model for UL-SCH transmission**

https://www.3gpp.org/ftp//Specs/archive/38_series/38.202/38202-f00.zip



**Figure 27-32—Generation of HE-LTF symbols per frequency segment in an HE SU PPDU, HE MU PPDU, and HE ER SU PPDU**

https://standards.ieee.org/ieee/802.11ax/7180/

The selection of the at least one antenna segment is carried out as shown below which is a function of the location of another node of the network in view of 802.11ax mandating beamforming which enables focused transmission towards a specific location. A device which sends transmission utilizes angle information from another node and then using steering matrix focus its transmission towards the another node.



The Antenna Selection Indices field is shown in Figure 9-116.

Antenna Selection Indices

Octets:    1

**Figure 9-116—Antenna Selection Indices field format**

Bits 0 to 7 in the Antenna Selection Indices field correspond to antennas with indices 0 to 7, respectively. A 1 in a bit indicates the corresponding antenna is selected, and a 0 indicates the corresponding antenna is not selected.

https://standards.ieee.org/ieee/802.11/7028/

## What Is Beamforming?

Beamforming is a technique used to improve the signal-to-noise ratio of received signals, eliminate undesirable interference sources, and focus transmitted signals to specific locations. Beamforming is central to systems with sensor arrays, including MIMO wireless communications systems such as 5G, LTE, and WLAN. MIMO beamforming in wireless applications can also be used to increase data stream capacity between a base station and user elements. Optimization-based beamforming techniques are becoming more popular in modern wireless communication systems. These techniques include hybrid beamforming, where optimization is used to efficiently partition system architectures between baseband and RF systems to reduce the cost.

https://www.mathworks.com/discovery/beamforming.html

$$y_{k,u} = H_{k,u} \times [Q_{k,0}, Q_{k,1}, ..., Q_{k,N_{user,r}-1}] \times x_k + n \qquad (27\text{-}126)$$

where

$H_{k,u}$ is the channel matrix from the beamformer to beamformee $u$ in subcarrier $k$ with dimensions $N_{RX_u} \times N_{TX}$

$N_{RX_u}$ is the number of receive antennas at beamformee $u$

$Q_{k,u}$ is a steering matrix for beamformee $u$ in subcarrier $k$ with dimensions $N_{TX} \times N_{STS,r,u}$

$N_{user,r}$ is the number of HE MU PPDU recipients (see Table 27-15) in RU $r$

$n$ is a vector of additive noise and may include interference

The DL MU-MIMO steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, ..., Q_{k,N_{user,r}-1}]$ can be determined by the beamformer using the beamforming feedback for subcarrier $k$ from beamformee $u$, where $u = 0, 1, ..., N_{user,r} - 1$. The feedback report format is described in 9.4.1.65 and 9.4.1.66. The steering matrix that is computed (or updated) using new beamforming feedback from some or all of participating beamformees might replace the existing steering matrix $Q_k$ for the next DL MU-MIMO data transmission.

https://standards.ieee.org/ieee/802.11ax/7180/

### 27.3.16 SU-MIMO and DL MU-MIMO beamforming

### 27.3.16.1 General

SU-MIMO and DL MU-MIMO beamforming are techniques used by a STA with multiple antennas (the beamformer) to steer signals using knowledge of the channel to improve throughput. With SU-MIMO beamforming, all space-time streams in the transmitted signal are intended for reception at a single STA in an RU. With DL MU-MIMO beamforming, disjoint subsets of the space-time streams are intended for reception at different STAs in an RU of size greater than or equal to 106 tones.

https://standards.ieee.org/ieee/802.11ax/7180/

| | |
|---|---|
| | Control field (see 9.4.1.64). The compressed beamforming feedback matrix as defined in 19.3.12.3.6 is the only Clause 27 beamforming feedback matrix defined.<br><br>The beamformee shall generate the beamforming feedback matrices with the number of rows ($Nr$) equal to the $N_{STS}$ of the HE sounding NDP.<br><br>After receiving the angle information, $\phi(k,u)$ and $\psi(k,u)$, the beamformer reconstructs $V_{k,u}$ using Equation (19-79). For SU-MIMO beamforming, the beamformer uses the $V_{k,0}$ matrix to determine the steering matrix $Q_k$. For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, ..., Q_{k,N_{user,r}-1}]$ using $V_{k,u}$ and $\Delta SNR_{k,u}$ ($0 \le u \le N_{user,r}-1$) in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.<br><br>https://standards.ieee.org/ieee/802.11ax/7180/ |
| connecting the selected at least one sector to a transceiver; and | The accused product discloses connecting the selected at least one sector (e.g., individual antenna segment) to a transceiver (e.g., transceiver of the accused product).<br><br>The accused product supports both 5G and 802.11ax/Wi-Fi 6 communications. It connects the 5G or 802.11ax/Wi-Fi 6 transceivers to their corresponding antenna for transmitting and receiving data from the selected protocol. |



**Figure 5.1.1-1: Physical-layer model for UL-SCH transmission**

https://www.3gpp.org/ftp//Specs/archive/38_series/38.202/38202-f00.zip



**Figure 27-32—Generation of HE-LTF symbols per frequency segment in an HE SU PPDU, HE MU PPDU, and HE ER SU PPDU**

https://standards.ieee.org/ieee/802.11ax/7180/



**Figure 27-14—Transmitter block diagram for L-SIG, RL-SIG, and HE-SIG-A fields for an HE SU PPDU and HE ER SU PPDU if Beam Change subfield is 0**

https://standards.ieee.org/ieee/802.11ax/7180/

| | |
|---|---|
| communicating to another transceiver within the mesh network via the selected at least one sector. | The accused product discloses communicating to another transceiver within the mesh network (e.g., the network of the accused product) via the selected at least one sector (e.g., individual antenna segment).<br><br>The accused product communicates with a transceiver of another device in its network using either 5G or 802.11ax/Wi-Fi 6. Communication involves transmitting and receiving data over the selected antenna (sector) for the appropriate protocol. |



**Figure 5.1.1-1: Physical-layer model for UL-SCH transmission**

https://www.3gpp.org/ftp//Specs/archive/38_series/38.202/38202-f00.zip



**Figure 27-32—Generation of HE-LTF symbols per frequency segment in an HE SU PPDU, HE MU PPDU, and HE ER SU PPDU**

https://standards.ieee.org/ieee/802.11ax/7180/



**Figure 27-14—Transmitter block diagram for L-SIG, RL-SIG, and HE-SIG-A fields for an HE SU PPDU and HE ER SU PPDU if Beam Change subfield is 0**

https://standards.ieee.org/ieee/802.11ax/7180/